UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>RANDALL LINSCHEID,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:19-cr-00036-MMD-WGC<br><br>ORDER |

Defendant Randall Linscheid pleaded guilty to one count of possession of child pornography, and the Court sentenced him to 36 months in custody followed by lifetime supervised release. (ECF No. 52.) He was originally required to self-surrender by May 11, 2020. (ECF No. 45 at 2.) However, the Court granted Mr. Linscheid five extensions of his self-surrender date (the government only opposed the most recent one). (ECF Nos. 47, 54, 56, 58, 62.) His current self-surrender date is March 22, 2021. (ECF No. 62.) Before the Court is Mr. Linscheid's sixth motion to extend his self-surrender date to July 22, 2021 (ECF No. 63 ("Motion")), which the government opposes (ECF No. 64).

The Court will grant Mr. Linscheid's Motion—in part—but only give him an additional 30 days to self-surrender. The Bureau of Prisons ("BOP") sates on its web page that it has begun vaccinating inmates at FCI Terminal Island, appears to have additional vaccine doses to distribute, and is not currently reporting any active COVID-19 cases among inmates at FCI Terminal Island.[1] Thus, the health and safety conditions at FCI Terminal Island as to COVID-19 appear to be improving, and another month of vaccinations will likely further improve those conditions. While the Court is sympathetic to Mr. Linscheid's

---

[1] *See* BOP, COVID-19 CORONAVIRUS, https://www.bop.gov/coronavirus/ (last visited March 10, 2021) (by expanding the vaccinations table and locating FCI Terminal Island, and then locating FCI Terminal Island on the 'COVID-19 Cases' map).

stated concerns about beginning his custodial sentence, he may not delay it indefinitely. The Court will extend his self-surrender date to April 21, 2021.

It is therefore ordered that Mr. Linscheid's sixth motion to extend his self-surrender date (ECF No. 63) is granted in part, as specified herein.

It is further ordered that Mr. Linscheid must self-surrender to serve his sentence at the institution designated by the BOP before 12 p.m. on April 21, 2021.

DATED THIS 10th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE